# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GENE ALLEN,<br><br>　　　　　　　Petitioner,<br>　　v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:21-cv-00047-MMD-CLB<br><br>ORDER |

On January 19, 2022, Petitioner Gene Allen filed a document captioned as a "Motion for C.O.A." (ECF No. 17 ("Motion").) The Ninth Circuit has denied Allen's request for a certificate of appealability with respect to this Court's dismissal of this case. (ECF No. 16.)

It is therefore ordered that Allen's Motion (ECF No. 17) is denied as moot.

DATED THIS 1st Day of April 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE